Case 1:25-cr-00321-EGS   Document 1-1

Case: 1:25-mj-00217
Assigned To: Judge Sharbaugh, Matthew J.
Assign. Date: 9/11/2025
Description: COMPLAINT W/ARREST WARRANT

## STATEMENT OF FACTS

1. As reported in Metropolitan Police Department ("MPD") Criminal Case Number ("CCN") 25-138-580, on September 10, 2025, Officer Ishakwue was working the evening tour of duty. Officer Ishakwue was utilizing call sign 4071E, operating a marked scout cruiser in full uniform. At approximately 4:45pm, Officer Ishakwue and other MPD officers responded to a call for service regarding a person with a gun. The caller described the individual as a Black male, medium complexion, approximately 6 feet tall, with a slim build, wearing a grey sweater and blue jeans. The caller further stated that the subject had a firearm in his waistband and was sitting on the porch steps near 2nd and Farragut Streets, Northwest.

2. Officers responded to that location and canvassed the area but did not observe anyone matching the given description. Officers continued canvassing nearby streets. At approximately 4:53pm, while driving westbound on Farragut Street, Northwest, Officer Ishakwue, observed a group of individuals, including children and adults, gathered near the entrance steps of 5001 First Street, Northwest. One of those individuals was a man, later identified as CORDELL SIMMS, who was wearing a grey hooded sweatshirt under a grey and blue jacket and carrying a backpack.

3. While observing the individuals, Officer Ishakwue noticed that SIMMS was also watching Officer Ishakwue. Officer Ishakwue then observed SIMMS remove the backpack and hand it to a juvenile female that was standing nearby. Based on the backpack's appearance as it was passed from SIMMS to the juvenile female, Officer Ishakwue believed that the backpack contained a weighted object.

4. Upon receiving the backpack, the juvenile female immediately began walking toward the front door of 5001 First Street, Northwest. Based on the backpack's appearance, the

way SIMMS was watching Officer Ishakwue, and the suspicious nature of SIMMS' handoff of the backpack, Officer Ishakwue suspected that SIMMS was attempting to remove a firearm from the scene to conceal it inside a private residence.

5. At that point, Officer Ishakwue exited his vehicle, which was parked at an angle in front of the location, providing a clear view of the individuals present. Officer Ishakwue approached the residence and instructed the juvenile female to drop the backpack, which she did. As captured in Officer Ishakwue's Body Worn Camera ("BWC") footage, the backpack was grey with a black handle at the top and white lettering.



6. Officer Ishakwue then seized the backpack. At that point, SIMMS immediately began walking away from the area. Officer Ishakwue gave SIMMS a lawful order to stop, which SIMMS ignored, and began running away. Officer Ishakwue pursued SIMMS on foot while maintaining possession of the backpack. Additional MPD Officers also gave chase.

7. SIMMS ran westbound along the sidewalk of 5013 First Street, Northwest, then through the rear of the property and back to 5001 First Street, Northwest, eventually making his way to the parking lot of a shopping complex located at 5000 New Hampshire Avenue,

Northwest. There, SIMMS entered a black Nissan Sentra but soon exited the vehicle and continued fleeing on foot. Officers continued pursuing SIMMS, who was ultimately apprehended at 5040 First Street, Northwest, at approximately 4:56pm.

8. After SIMMS was detained, Officer Ishakwue searched the backpack and found a Ruger, Model SR40, .40 caliber semi-automatic handgun with an obliterated serial number that was fitted with a laser sight. The Ruger SR40 was loaded with one round in the chamber and 11 rounds in the magazine.

 

9. A WALES/NCIC check confirmed that SIMMS does not have a permit to carry a firearm in the District of Columbia. A criminal history check revealed that SIMMS was convicted of Attempted Assault with a Dangerous Weapon in D.C. Superior Court Case Number 2020 FD3 004091, for which he was sentenced to serve 18 months' imprisonment. There are no firearms or ammunition manufacturers in the District of Columbia.

10. After SIMMS was apprehended, MPD Officers contacted the shopping center located at 5000 New Hampshire Avenue, Northwest, and obtained surveillance video from that location. That surveillance video showed SIMMS parking a black Nissan Sentra at that location

at approximately 4:46pm. SIMMS exited the vehicle and was seen walking away from the vehicle and holding a grey backpack with a black handle at the top and white lettering which is visually identical to the backpack seized by Officer Ishakwue.






11.     Following his arrest, SIMMS was transported to an interview room where ATF Special Agent Ann Lohman read him his Miranda rights. After agreeing to answer questions without a lawyer present, SIMMS admitted that he had previously been convicted of a felony crime for which he had served more than a year in jail. During the interview, SIMMS also consented to the collection of his DNA by way of buccal swab, and a buccal swab was collected from SIMMS during the interview.

12.     Based on all of the above, Your Affiant respectfully submits that there is probable cause to find that, on September 10, 2025, in the District of Columbia, CORDELL SIMMS committed the offense of Unlawful Possession of a Firearms and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year, in violation of 18 U.S.C. § 922(g)(1).

                                                                      _____
                                                                       Officer Afam Ishakwue
                                                                       Metropolitan Police Department
                                                                       Washington, D.C.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on September 11, 2025.

                                                                      _____
                                                                       MATTHEW J. SHARBAUGH
                                                                       United States Magistrate Judge