UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL NO.   25-CR-** |
| v. | : | **25-MJ-217** |
| | : | |
| **CORDELL SIMMS,** | : | 18 U.S.C. § 922(g)(1) |
| | : | **(Unlawful Possession of a Firearm and** |
| Defendant. | : | **Ammunition by Person Convicted of a Crime** |
| | : | **Punishable by Imprisonment for a Term** |
| | : | **Exceeding One Year)** |
| | : | |
| | : | **FORFEITURE: 18 U.S.C. § 924(d),** |
| | : | **21 U.S.C. §§ 853(a), (p) and 28 U.S.C. § 2461(c)** |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

On or about September 10, 2025, within the District of Columbia, **CORDELL SIMMS**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in D.C. Superior Court Case Number 2020-FD3-4091, did unlawfully and knowingly receive and possess a firearm, that is, a Ruger, Model SR40, .40 caliber semi-automatic handgun, and did unlawfully and knowingly receive and possess ammunition, that is, .40 caliber ammunition, which had been possessed, shipped, and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of 18 U.S.C. § 922(g)(1))

### FORFEITURE ALLEGATION

1.   Upon conviction of any of the offenses alleged in Count One of this information, **CORDELL SIMMS** shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), any

property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of these offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, these offenses. The United States will also seek a forfeiture money judgment against the defendant equal to the value of any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of these offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, these offenses.

2.  Upon conviction of any of the offenses alleged in Count One of this Information, **CORDELL SIMMS** shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense, including but not limited to:

   a. A Ruger, Model SR40, .40 caliber semi-automatic handgun, with an obliterated serial number and fitted with a laser sight, seized on September 10, 2025.

   b. Twelve rounds of .40 caliber ammunition seized on September 10, 2025.

3.  If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

   (a) cannot be located upon the exercise of due diligence;

   (b) has been transferred or sold to, or deposited with, a third party;

   (c) has been placed beyond the jurisdiction of the Court;

   (d) has been substantially diminished in value; or

   (e) has been commingled with other property that cannot be subdivided without difficulty;

**CORDELL SIMMS** shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

>(**Criminal Forfeiture**, pursuant to 18 U.S.C. § Section 924(d), 21 U.S.C. §§ 853(a), (p), and 28 U.S.C. § 2461(c))

Respectfully Submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:   */s/ James B. Nelson*
JAMES B. NELSON
D.C. Bar No. 1613700
Assistant United States Attorney
Federal Major Crimes Section
601 D. Street, N.W.
Washington, D.C. 20530
(202) 252-6986
james.nelson@usdoj.gov